**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

| | |
|---|---|
| AUDRAY JOHNSON and <br> LINDA F. JOHNSON | PLAINTIFFS |
| vs. | CIVIL ACTION NO. 3:14-CV-635 HTW-LRA |
| PATTY PECK HONDA and <br> SANTANDER CONSUMER, USA | DEFENDANTS |

## ORDER ADOPTING REPORT AND RECOMMENDATION

      This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson and the written objection to the proposed findings and recommendation.  Based upon the evidence therein contained, this court, having given full consideration to the aforesaid objection, finds the same not well taken. Therefore, the Report and Recommendation of the United States Magistrate Judge [docket no. 8] is hereby adopted as the order of this court and the court hereby denies the plaintiffs' motion to proceed *in forma pauperis* [docket no. 2] and dismisses plaintiffs' motion for reconsideration [docket no. 9].  Plaintiffs are directed to pay the $400.00 filing fee within 30 days of this order, or their case will be dismissed.

      **SO ORDERED AND ADJUDGED, this the 20th day of February, 2015.**

 

                                                  s/ HENRY T. WINGATE
                                                 UNITED STATES DISTRICT JUDGE